DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California State Bar No. 107014
    411 West Fourth Street
    Suite 8000
    Santa Ana, California  992701-4599
    Telephone: (714) 338-3532
    Facsimile: (714) 992-3523

Attorneys for Defendant
Commissioner of SSA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. TYSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | NO.  EDCV 05-349-(FFM) <br><br> <u>JUDGMENT OF REMAND</u> |

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated October 4, 2006.

    Dated this __ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE